```
                   UNITED STATES  DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

HENDERSON FORD                                CIVIL ACTION

VERSUS                                        NUMBER: 13-0109

MARLIN GUSMAN, ET AL.                         SECTION: "I"(5)
```

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion for summary judgment is granted and that plaintiff's federal claims are dismissed with prejudice.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are dismissed without prejudice.

New Orleans, Louisiana, this 12th day of August, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE